

FILED
APR -9 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) 5:19CR 227 |
| v. | ) CASE NO. _____ |
| DONALD R. PEYATT, | ) Title 18, United States Code, Section 1001(a)(2) |
| Defendant. | ) JUDGE BOYKO |

MAG. JUDGE RUIZ

The United States Attorney charges:

## GENERAL ALLEGATIONS

At all times material to this Information:

1. Defendant DONALD R. PEYATT owned and operated ESS Equipment Sales and Services, a trucking repair company headquartered in Medina County, Ohio.

2. During the years 2010 through 2012, Defendant engaged in a side business with Person A selling large quantities of scrap steel ("the scrap steel business") to Company 1 and dividing the proceeds between Defendant and Person A.

3. Beginning in or around January 2014, the Internal Revenue Service, Criminal Investigation ("IRS-CI"), part of the executive branch of the Government of the United States, and acting in a matter within its jurisdiction, was conducting an investigation into Defendant's tax returns for the years 2010 through 2012.

4. As part of the IRS-CI's investigation, a Special Agent of the IRS-CI interviewed Defendant on or about April 22, 2015, and asked Defendant about his tax returns and the amount

of income that he had received and retained from the scrap steel business, an issue material to the IRS-CI's investigation.

## COUNT 1
(False Statement to Law Enforcement, 18 U.S.C. § 1001(a)(2))

5. The General Allegations in paragraphs 1 through 4 are incorporated by reference as if fully set forth herein.

6. On or about April 22, 2015, in the Northern District of Ohio, Eastern Division, Defendant DONALD R. PEYATT did willfully and knowingly make a material false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, particularly to a Special Agent of the IRS-CI, in that is, Defendant misstated information about his income from the scrap steel business; well knowing at the time that he made the statement to a Special Agent of the IRS-CI that the statement was false.

In violation of Title 18, United States Code, Section 1001(a)(2).

JUSTIN E. HERDMAN
United States Attorney

By: _____
Teresa L. Riley
Attorney-in-Charge, Criminal Division
Akron Branch Office