UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT # C 740

**Receipt of Passport or Other Non-Cash Collateral** (Section 1)

Name: Donald Richard Peyatt

Address:

Date Rec'd: 5/2/19

Description of Property Other than Passport:

Case Number: 5:19-cr-00227

Passport Number: 534027944

Country of Origin: USA

Expiration Date: 29 Sept 2015

_____
Signature of Individual Surrendering Passport/Other

MATTHEW A. KURZ
Print Name

_____
Clerk's Signature

☑ Original of Receipt Provided to Defendant or Individual Surrendering Passport or Other Non-Cash Collateral

**Return of Passport or Other Non-Cash Collateral** (Section 2)

Date Returned:

Purpose Returned:

Address (If Mailed):

Rec'd by:

Rec'd from:

_____
Signature of Individual Retrieving Passport/Other

Print Name

_____
Clerk's Signature