*Granted. The Clerk's Office is directed to release Mr. Peyatt his passport.*

s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
U.S. District Judge
Dated: 9/3/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19-CR-00227-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD R. PEYATT, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **RELEASE OF PASSPORT** |
| Defendant. | ) | |
| | ) | |
| | ) | |

Now comes the Defendant, Donald R. Peyatt, by and through undersigned counsel, and respectfully requests this Honorable Court issue an Order requiring the Clerk of Court to release Mr. Peyatt his passport. A Memorandum in support is attached hereto.

 

Respectfully submitted,

| | |
|---|---|
| *s/Robert A. Dixon* | *s/Roger M. Synenberg* |
| ROBERT A. DIXON (0022466) | ROGER M. SYNENBERG (0032517) |
| 4403 St. Clair Avenue | CLARE C. MORAN (0081134) |
| Cleveland, OH 44103 | MATTHEW A. KURZ (0097941) |
| (216) 432-1992 | Synenberg & Associates, LLC |
| (216) 881-3928 FAX | 55 Public Square, Suite 1331 |
| Dixonlaws@aol.com | Cleveland, Ohio 44113 |
| | (216) 622-2727 |
| | (216) 622-2707 FAX |
| | lawoffice@synenberg.com |