IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19-CR-00227-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD R. PEYATT, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME REGARDING** |
| Defendant. | ) | **THE MATTER OF RESTITUTION** |
| | ) | |
| | ) | |

Now comes the Defendant, Donald R. Peyatt, by and through undersigned counsel, and respectfully requests that this Honorable Court order an extension of time regarding the matter of restitution associated with the above captioned case. A Memorandum in support is attached hereto.

                                                Respectfully submitted,

| | |
|---|---|
| *s/Robert A. Dixon* | *s/Roger M. Synenberg* |
| ROBERT A. DIXON (0022466) | ROGER M. SYNENBERG (0032517) |
| 4403 St. Clair Avenue | CLARE C. MORAN (0081134) |
| Cleveland, OH 44103 | MATTHEW A. KURZ (0097941) |
| (216) 432-1992 | Synenberg & Associates, LLC |
| (216) 881-3928 FAX | 55 Public Square, Suite 1331 |
| Dixonlaws@aol.com | Cleveland, Ohio 44113 |
| | (216) 622-2727 |
| | (216) 622-2707 FAX |
| | lawoffice@synenberg.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular US mail. Parties may access this filing through the Court's system.

*/s/ Roger M. Synenberg*
ROGER M. SYNENBERG

## **MEMORANDUM**

On August 8, 2019 this Honorable Court sentenced Defendant Donald R. Peyatt to three years of probation with the following conditions: Financial Disclosure; No New Debt/Credit; Cooperate with IRS; Financial Windfall Condition; DNA Collection; Fine $5,000; and a Special Assessment of $100. The matter of restitution was deferred for 45 days until September 23, 2019.

The parties requested and this Court permitted an additional 45 days in which to resolve the credits of Defendant's overpayment to the IRS. At stake is hundreds of thousands of dollars. The parties have met and discussed this issue.

On or about September 9, 2019, the IRS issued new notices where Mr. Peyatt's payments, credits, and taxes were changed. These latest notifications have complicated discussions regarding restitution. Defendant feels he needs to retain additional financial professionals to effectively evaluate the new notices from the IRS as well as the position taken by the United States of America.

Defendant now respectfully requests an additional sixty (60) days to prepare for and reach an amicable solution with the United States regarding the restitution in this matter. The restitution in this case is complex. Defendant must protect himself and at the same time fulfill his financial obligations to the Government.

This Motion is made in good faith and not for the purposes of delay.

WHEREFORE, it is respectfully requested that his Honorable Court order a sixty (60) day extension of time regarding the matter of restitution associated with the above captioned case.

Respectfully submitted,

4

<table>
<tr><td>

*s/Robert A. Dixon*
ROBERT A. DIXON (0022466)
4403 St. Clair Avenue
Cleveland, OH 44103
(216) 432-1992
(216) 881-3928 FAX
Dixonlaws@aol.com

</td><td>

*s/Roger M. Synenberg*
ROGER M. SYNENBERG (0032517)
CLARE C. MORAN (0081134)
MATTHEW A. KURZ (0097941)
Synenberg & Associates, LLC
55 Public Square, Suite 1331
Cleveland, Ohio 44113
(216) 622-2727
(216) 622-2707 FAX
lawoffice@synenberg.com

</td></tr>
</table>

4