IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19-CR-00227-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD R. PEYATT, | ) | **DEFENDANT'S MOTION TO FILE** |
| | ) | ***MOTION FOR RESTITUTION ORDER*** |
| Defendant. | ) | **UNDER SEAL** |
| | ) | |
| | ) | |

Now comes the Defendant, Donald R. Peyatt, by and through undersigned counsel, and

pursuant to Local Criminal Rule 49.4, respectfully requests that this Honorable Court permit him

to file his *Motion for Restitution Order* and its accompanying exhibits under seal.

 A Memorandum in support is attached hereto.

Respectfully submitted,

*s/Robert A. Dixon*                                    *s/Roger M. Synenberg*
ROBERT A. DIXON (0022466)            ROGER M. SYNENBERG (0032517)
4403 St. Clair Avenue                           CLARE C. MORAN (0081134)
Cleveland, OH 44103                           MATTHEW A. KURZ (0097941)
(216) 432-1992                                       Synenberg & Associates, LLC
(216) 881-3928 FAX                             55 Public Square, Suite 1331
Dixonlaws@aol.com                           Cleveland, Ohio 44113
                                                              (216) 622-2727
                                                              (216) 622-2707 FAX
                                                              lawoffice@synenberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular US mail. Parties may access this filing through the Court's system.

*/s/ Roger M. Synenberg*
ROGER M. SYNENBERG

## **MEMORANDUM**

On May 2, 2019, pursuant to a plea agreement, Mr. Peyatt pled guilty to one count of a violation of 18 U.S.C. §1001.  The government alleged that Mr. Peyatt provided false information to IRS agents when he was interviewed concerning his income in tax years 2010 through 2012. Although Mr. Peyatt was not charged with any tax offenses, he agreed to pay $250,000 as restitution for his financial obligations to the IRS pursuant to the judgment of the Court.

Because it was not known at the time of sentencing what, if any, financial obligations Mr. Peyatt owed to the IRS, this Court granted the parties until November 23, 2019 to reach an agreement on the issue of how restitution should be applied in this case.

Despite working in good faith to resolve this issue, the parties have been unable to reach a resolution. As such, Mr. Peyatt intends to file a *Motion for Restitution Order* setting forth his position as to how restitution should be applied in this matter.  Because Mr. Peyatt's Motion and its exhibits include confidential taxpayer information, he respectfully requests that this Court permit him to file the Motion under seal.

WHEREFORE, for the foregoing reasons, Defendant Donald Peyatt respectfully requests that this Court issue an Order allowing his *Motion for Restitution Order* and its accompanying exhibits to be filed under seal.

Respectfully submitted,

*s/Robert A. Dixon*
ROBERT A. DIXON (0022466)
4403 St. Clair Avenue
Cleveland, OH 44103
(216) 432-1992
(216) 881-3928 FAX
Dixonlaws@aol.com

*s/Roger M. Synenberg*
ROGER M. SYNENBERG (0032517)
CLARE C. MORAN (0081134)
MATTHEW A. KURZ (0097941)
Synenberg & Associates, LLC
55 Public Square, Suite 1331
Cleveland, Ohio 44113
(216) 622-2727
(216) 622-2707 FAX
lawoffice@synenberg.com