IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:19-CR-227 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD R. PEYATT, | ) | GOVERNMENT'S MOTION |
| | ) | REGARDING RESTITUTION |
| Defendant. | ) | |

The United States, by and through its counsel, Justin E. Herdman, United States Attorney, and Brendan D. O'Shea and Suzana K. Koch, Assistant United States Attorneys, hereby moves that the Court enter an order regarding restitution in this matter.

On May 23, 2019, Defendant pled guilty to violating 18 U.S.C. § 1001 for having made a false statement to an IRS agent understating Defendant's income. (R. 12, Guilty Plea, PageID 32; R. 14, Presentence Investigation Report, PageID 59). Defendant agreed to pay $250,000 to the IRS as part of his plea agreement. (*See* R. 12, Guilty Plea, PageID 32-33).

The Government moves the Court to order that the $250,000 that Defendant deposited with the Clerk of Court before sentencing pursuant to Defendant's plea agreement, be ordered paid to the IRS. If the Court chooses to direct that the money be applied to certain tax years, the Government takes no position as to which years the funds should be applied to.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Brendan D. O'Shea
    Brendan D. O'Shea (MA: 661677)
    Suzana K. Koch (OH: 73743)
    Assistant U.S. Attorneys
    2 South Main Street, Room 208
    330-812-7304
    Brendan.OShea2@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this day, January 8, 2020 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                /s/ Brendan O'Shea
                Brendan D. O'Shea
                Assistant U.S. Attorney