Donald R. Peyatt

10363 Quail Lake Circle

Doylestown OH 44230

**FILED**

8:37 am Jan 28 2022
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

To: Honorable Judge Boyko,
January 26th, 2022

REF TO CASE # 201CRZ    5:19cr227

    Sir, I would like to ask for an early termination of probation. I have approximately six months left on probation that your honor imposed on me in 2019 for giving a false statement.

    I work any where from 90-100 hours a week / 7 days a week and then go home and have no issues at all.

    Please consider my request.
Thank you, your honor.

Donald Peyatt
216.254.7883